IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00831-MSK-CBS

BRANDON J. DARDANIS,

      Plaintiff,

v.

ROBERT A. BALDWIN,

      Defendant.

## ORDER SETTING FED. R. CIV. P. 16 HEARING

THIS MATTER comes before the Court upon a Complaint for Declaratory Judgment filed by the Plaintiff. In light thereof, a hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary.

**IT IS ORDERED**:

(1) A hearing is set for **July 12, 2006 at 8:00 a.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel who will try the case shall attend the hearing.

(2) No later than **June 7, 2006**, the parties shall meet and confer regarding the contents of the proposed scheduling order pursuant to Fed. R. Civ. P. 26(f).

(3) On or before **June 28, 2006**, and in conformance with Fed. R. Civ. P. 26(f), D.C.COLO.LCivR 16.1, 16.2 and 26.1, and this Order, the parties shall prepare and submit a proposed scheduling order. The proposed scheduling order shall be in the form specified by D.C.COLO.LCivR Appendix F **except** that:

    (a) It shall not contain a signature line for a judicial officer.
    (b) It shall address the following:
- The identity and pertinent provisions of any contract(s) and/or promissory note(s).
- The particular dispute regarding such provisions.
- The stipulated facts which bear upon the Court's interpretation of the contract(s) and/or promissory note(s).

- Whether discovery is needed and if so, what discovery is related to the issue of interpretation of the contract(s) and/or promissory note(s).
- Whether discovery is needed as to another issue.

(c) It shall not address the matters set forth in Section 7 (Case Plan and Schedule), Section 9 (Other Scheduling Issues) or Section 10 (Dates for Further Conferences) of Appendix F.

(4) At the scheduling conference, the parties shall be prepared to address the issues covered by the proposed scheduling order and any other issues enumerated in Fed. R. Civ. P. 16(c).

(5) If the Complaint has not yet been served on the Defendant, then the Plaintiff shall serve a copy of this Order on the Defendant with the Complaint no later than **May 18, 2006.** If the Complaint has already been served on the Defendant, then the Plaintiff shall serve a copy of this Order on the Defendant and file a certificate of service with the Court no later than **May 25, 2006**.

Dated this 3rd day of May, 2006

**BY THE COURT:**

*Marcia S. Krieger*
_____
Marcia S. Krieger
United States District Judge