IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00831-MSK-CBS

BRANDON J. DARDANIS,

       Plaintiff,

v.

ROBERT A. BALDWIN,

       Defendant.

## ORDER SETTING Fed. R. Civ. P. 16 HEARING

       THIS MATTER comes before the Court upon the parties' proposed Scheduling Order. In light thereof, further hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is necessary.

       **IT IS ORDERED** that a hearing is set for **January 24, 2007 at 8:30 a.m.** in Courtroom A901 of the United States Courthouse located at 901 19th Street, Denver, Colorado. Counsel who will try the case shall attend the hearing. The parties shall be prepared to address the issues covered by the proposed scheduling order and any other issues enumerated in Fed. R. Civ. P. 16(c).

       Dated this 8th day of January, 2007

       **BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge