IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00831-MSK-CBS

BRANDON J. DARDANIS,

    Plaintiff,

v.

ROBERT A. BALDWIN,

    Defendant.

## ORDER VACATING RULE 16 HEARING

THIS MATTER is before the Court on the Joint Motion to Vacate January 24, 2007 Hearing **(#22).** The Court being fully advised in the foregoing,

**ORDERS** that the Motion **(#22) is GRANTED.**

**IT IS FURTHER ORDERED** that counsel shall jointly contact Chambers at 303-335-2289 no later that February 9, 2007 to reset the hearing.

Dated this 17th day of January, 2007

    **BY THE COURT:**

    *Marcia S. Krieger*

    Marcia S. Krieger
    United States District Judge