IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-00831-MSK-CBS

BRANDON J. DARDANIS,

       Plaintiff,

v.

ROBERT A. BALDWIN,

       Defendant.

---

## ORDER RESETTING FED. R. CIV. P. 16 HEARING

---

       Pursuant to the agreement of the parties,

       **IT IS ORDERED** that the hearing pursuant to Fed. R. Civ. P. 16(b) and D.C.COLO.LCivR 16.1 is reset to **April 6, 2007 at 4:30 p.m.** in Courtroom A901 of the United States Courthouse located at 901, 19th Street, Denver, Colorado.

       Dated this 8th day of February, 2007

       **BY THE COURT:**

       *Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge