IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-00831-MSK-CBS

BRANDON J. DARDANIS,

      Plaintiff,

v.

ROBERT A. BALDWIN,

      Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiff's Combined Unopposed Motion for Leave to File Amended Complaint and Unopposed Motion for One Day Extension of time Out of Time to File Motion for Leave to File Amended Complaint *(doc. no. 33)* is **GRANTED**.  As of the date of this order, the Clerk's office is instructed to accept the amended complaint *(doc no. 32)*, tendered to the court on April 16, 2007, for filing.

**DATED:**    April 23, 2007